**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DARRELL LEON MCCLANAHAN, III, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 6:25-CV-03360-BCW |
| v. | ) ) | |
| J. RONALD CARRIER, et al., | ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is pro se Plaintiff Darrell Leon McClanahan, III's motion to proceed in forma pauperis (Doc. #1), motion for a preliminary injunction (Doc. #2), motion for recusal of Judge Douglas Harpool (Doc. #3), motion for leave to file an amended complaint (Doc. #5), and motion for leave to file supplemental support to motion for preliminary injunction (Doc. #6). The Court, being duly advised of the premises, denies all motions except the motion for leave to file an amended complaint, which the Court grants, and the motion to proceed in forma pauperis, which remains under advisement.

On November 24, 2025, Plaintiff filed a motion to proceed in forma pauperis. (Doc. #1). Plaintiff's proposed complaint alleges various constitutional violations, in connection with ongoing state criminal proceedings, by Defendants J. Ronald Carrier, Matthew Thomas Weatherman, Lori Jones, Marsha Stiles, Matthew Crowell, and the State of Missouri. (Doc. #1-1).

### I. Plaintiff's motion for a preliminary injunction is denied as moot.

On November 24, 2025, Plaintiff filed a motion for preliminary injunction, asking the Court to intervene and stop the ongoing criminal prosecution against him in Missouri state court. The state case was scheduled for trial on December 18, 2025. (Doc. #2). On December 2, 2025,

1

Plaintiff filed a notice in this Court that Defendant J. Ronald Carrier entered an order recusing himself and cancelling the December 18th trial. (Doc. #8). Consequently, Plaintiff's motion for preliminary injunction is denied as moot. Plaintiff's motion for leave to file supplemental support to his motion for preliminary injunction (Doc. #6) is also denied as moot.

## II. Plaintiff's motion for recusal of Judge Douglas Harpool is denied as moot.

On November 24, 2025, Plaintiff filed a motion for recusal of Judge Douglas Harpool, whom he contends dismissed a previous lawsuit filed by Plaintiff in federal court. (Doc. #3). On November 28, 2025, Plaintiff filed a notice of mootness, recognizing that Judge Harpool was not assigned to this case. (Doc. #4). Plaintiff's motion for recusal is denied as moot.

## III. Plaintiff's motion for leave to file an amended complaint is granted.

On November 28, 2025, Plaintiff filed a motion for leave to file an amended complaint to add R. Craig Carter, a former Circuit Judge, as a defendant in this action. (Doc. #5). Plaintiff argues amendment is "necessary to serve the interests of justice and present all constitutional violations arising from the systematic denial of conflict-free counsel." Id. at 2.

Under Fed. R. Civ. P. 15(a), "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after serving it[.]" Here, Plaintiff seeks leave to file an amended complaint within four days of filing his original complaint, so the Court grants the motion under Rule 15(a). The Court will consider Plaintiff's amended complaint in evaluating his motion to proceed in forma pauperis.

## IV. Plaintiff's miscellaneous exhibits are stricken from the record.

Plaintiff has also filed miscellaneous exhibits. (Doc. #9). This case is not currently in the discovery phase, and filing discovery on the public docket is improper as discovery should be exchanged between the parties. Also, Plaintiff's motion to proceed in forma pauperis remains

pending and no Defendant has received service or entered an appearance. Therefore, it was improper for Plaintiff to mail various exhibits unattached to any motion to the Court. The Clerk of Court is directed to strike Plaintiff's improper filing, and Plaintiff is instructed **not** to send further miscellaneous evidence to the Court.

Plaintiff is cautioned that he should refrain from excessively filing motions in this Court and should wait to proceed with any matters related to this case until he receives a ruling on his motion to proceed in forma pauperis. Accordingly, it is hereby

ORDERED Plaintiff's motion for a preliminary injunction (Doc. #2) is DENIED AS MOOT. It is further

ORDERED Plaintiff's motion for recusal of Judge Douglas Harpool (Doc. #3) is DENIED AS MOOT. It is further

ORDERED Plaintiff's motion for leave to file an amended complaint (Doc. #5) is GRANTED. The Clerk of Court is directed to file the document located at Doc. 5 beginning on page 3 as an independent electronic docket entry. It is further

ORDERED Plaintiff's motion for leave to file supplemental support to motion for preliminary injunction (Doc. #6) is DENIED AS MOOT. It is further

ORDERED the Clerk of Court is directed to STRIKE Plaintiff miscellaneous exhibits (Doc. #9) from the record. It is further

ORDERED the Clerk of Court is directed to send a copy of this Order by U.S. mail to Plaintiff at his address of record.

IT IS SO ORDERED.

Dated: <u>December 23, 2025</u>               <u>/s/ Brian C. Wimes</u>
                                                        JUDGE BRIAN C. WIMES
                                                        UNITED STATES DISTRICT COURT

3